IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL D. BATES, et al.,

     Petitioners,                    No. MISC S-08-0060 LKK EFB

     vs.

UNITED STATES OF AMERICA,

     Respondent.                  <u>ORDER</u>

_____/

     Petitioners filed on May 12, 2008, a petition to quash a tax summons served on April 23, 2008. Respondent shall serve an opposition or other appropriate response to the Petition within twenty days of the filed date of this Order. Petitioner may file a reply within fifteen days from the date of service of the opposition upon him. The court will take the matter under submission unless a party requests that the court hold oral argument.

     The Clerk shall serve a copy of this order on the Petitioners, as well as the United States Attorney for the Eastern District of California, and Revenue Agent David Osborn, Internal Revenue Service, 4330 Watt Avenue, Sacramento, CA 95821.

     SO ORDERED.

DATED: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE